# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY LILLIE, ET AL.

VERSUS

STANFORD TRUST COMPANY,
STATE OF LOUISIANA, OFFICE
OF FINANCIAL INSTITUTIONS,
AND SEI INVESTMENTS COMPANY

NO.   2023 CW 0516

**JULY 5, 2023**

In Re:    Troy Lillie, et al., applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 581670.

**BEFORE:    HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.**

          **GH
          WRC
          AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT